HAROLD ABAIR, Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted April 8, 1946; decided April 18, 1946.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements on the ground that the determination of the Appellate Division was authorized by section 584 of the Civil Practice Act. [See 295 N. Y. 789.]